IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SOGHOIAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OFFICE OF MANAGEMENT )<br>AND BUDGET )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 1:11-cv-02203-ABJ |

## ANSWER

Defendant Office of Management and Budget, by and through its undersigned counsel, hereby answers Plaintiff Christopher Soghoian's Complaint as follows:

In response to the paragraphs and sentences of the Complaint, Defendant admits, denies, or otherwise responds as follows:

1. The allegations contained in this paragraph set forth Plaintiff's characterization of his legal claim, to which no response is required.

2. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

3. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

4. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

- 2 -

5. Admitted.

6. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

7. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

8. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

9. Admitted.

10. Admitted.

11. Defendant denies that the released pages were "replete" with redactions. All other allegations in this paragraph are admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Defendant denies the allegation in this paragraph. On December 19, 2011—while the Complaint in this action was being mailed to Defendant—Defendant responded to Plaintiff's administrative appeal and released additional materials that Defendant had previously withheld.

16. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

17. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

18. Denied.

19. Defendant repeats its responses to paragraphs 1-18.

20. The allegations contained in this paragraph consist of legal conclusions, to which no response is required. To the extent a response is deemed required, the paragraph is denied.

21. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

22. Denied.

The remainder of Plaintiff's Complaint constitutes a prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies Plaintiff is entitled to the requested relief or to any relief whatsoever. Any allegation not specifically addressed is denied.

## First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

The FOIA request that is the subject of this lawsuit may implicate certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for a judgment dismissing the Complaint with prejudice and for such further relief as the Court may deem just.

Dated:  January 23, 2012                                Respectfully submitted,


                                                        TONY WEST
                                                        Assistant Attorney General

- 4 -

        JOHN R. TYLER
        Assistant Branch Director

        /s/  Matthew A. Josephson
        MATTHEW A. JOSEPHSON
        Georgia Bar Number:  367216
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W., Rm. 7141
        Washington, D.C. 20530
        Tel.:  (202) 514-9237
        Fax: (202) 616-8470
        Email:  Matthew.A.Josephson@usdoj.gov

        <u>Mailing Address:</u>
        Post Office Box 883
        Washington, DC 20044

        <u>Courier Address</u>:
        20 Massachusetts Avenue N.W.
        Washington, DC  20001

        *Attorneys for Defendant*