# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SOGHOIAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF MANAGEMENT )<br>AND BUDGET, )<br>)<br>Defendant. )<br>) | Civil Action No. 11-2203 (ABJ) |

## ORDER

Before the Court in this FOIA case are a complaint and an answer. The requirements of LCvR 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. Defendant shall file a dispositive motion or, in the alternative, a report setting forth the schedule according to which it will complete its production of documents to plaintiff on or before February 20, 2012.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: January 23, 2012