## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SOGHOIAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-02203-ABJ |
| ) | |
| ) | |
| OFFICE OF MANAGEMENT ) | |
| AND BUDGET, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STATUS REPORT AND PROPOSED SCHEDULE
### FOR FURTHER PROCEEDINGS

Defendant Office of Management and Budget, through counsel, respectfully

submits this Status Report and Proposed Schedule for Further Proceedings in response to

the Court's January 23, 2012 Order (Dkt. 8).[1]

1.      Plaintiff Christopher Soghoian filed a Freedom of Information Act

("FOIA") Complaint against the Defendant Office of Management and Budget ("OMB")

on December 12, 2011.

2.      OMB answered the Complaint on January 23, 2012.

3.      Following the filing of the Answer, the court ordered that OMB file a

dispositive motion or, in the alternative, a report setting forth the schedule according to

---

[1]  This FOIA action is exempt from the meet and confer requirements of Local Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. *See* L.Cv.R. 16.3(b)(9).  Nonetheless, the parties conferred on February 8 and 9 to discuss how this case could be resolved most efficiently.  Plaintiff has agreed to the proposed schedule in this Status Report.

which it will complete its production of documents to Plaintiff on or before February 20, 2012.

4.      OMB has completed its search for all responsive records and has identified 205 pages of documents responsive to Plaintiff's FOIA request.

5.      Of the 205 pages of responsive documents, OMB is now withholding one page in full pursuant to Exemption 5.  *See* 5 U.S.C. § 552(b)(5).  OMB's position is that this page constitutes inter-agency or intra-agency pre-decisional deliberative communications, and does not contain any reasonably segregable factual material.

6.      OMB has redacted portions of 59 pages under Exemptions 4, 5, and 6. *See* 5 U.S.C. § 552(b)(4), § (b)(5), and § (b)(6).

7.      OMB plans to provide a draft of a *Vaughn* index to Plaintiff with respect to withheld or redacted records on or before March 2, 2012.  The *Vaughn* index will narrow, if possible, the issues to be resolved by the court.  The parties agree that the provision of this draft index is for the purpose of facilitating resolution of this case; that OMB is not bound by the content of the draft index; and that OMB may supplement or alter the index in conjunction with the filing of its summary judgment motion as it deems necessary.

8.      Once Plaintiff receives the *Vaughn* index, the parties will be in a position to evaluate what type of proceedings will be required going forward.

9.      Thus, OMB proposes that the parties submit a joint status report on or before March 16, 2012 regarding the status of this case and, if necessary, a proposed briefing schedule for the filing of motions for summary judgment.[2]

---

[2]  A Proposed Scheduling Order is attached as Exhibit 1.

Dated this 17th day of February, 2012.


Respectfully submitted,


TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ Matthew A. Josephson
MATTHEW A. JOSEPHSON
Georgia Bar Number:  367216
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch