# Exhibit 1

# *Vaughn* Index

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| Bates Number(s) | Date of Document | Description of document | Exemption(s) | Description of Information Withheld |
|---|---|---|---|---|
| OMB1 | 9/28/2010 | Email exchange between IPEC employee and RIAA | b(6) | Direct phone number |
| OMB1 | 10/17/2010 | Email exchange between IPEC employees | Non-responsive | Forwarding of responsive email |
| OMB2 | 11/12/2010 | Email exchange between IPEC employees and internet service providers and content companies | b(4) | confidential information about a proposed volume of notices to be processed.[1] |
| OMB2 | 11/12/2010 | Email exchange between IPEC employees | Non-responsive | Forwarding of responsive email |
| OMB3 | 11/12/2010 | Email exchange between IPEC employees and internet service providers and content companies | b(6) | Direct telephone numbers |
| OMB4-OMB5 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information about proposed funding concerning the educational center and independent review process. |

---

[1] With respect to all b(4) redactions relating to the proposed MOUs, while the final, executed MOU has been disclosed publicly (available at www.copyrightinformation.org), each of the provisions identified as qualifying for Exemption 4 are part of prior drafts of the MOU, were the subject of negotiation, and were ultimately not included in the final, executed MOU.  The fact that such provisions were the subject of negotiations of the parties is confidential, commercial information that is not of the type typically disclosed, and would likely cause significant harm to the parties if disclosed.

Neither RIAA nor its member companies were compelled or obligated to disclose the information to IPEC, but rather disclosed such documents to keep the IPEC informed about these voluntary, industry efforts to deter certain forms of online copyright infringement.

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| OMB6-OMB7 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information about proposed allocations of risk related to the project. |
|---|---|---|---|---|
| OMB8-OMB9 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information concerning preliminary opinions about proposed mitigation measures. |
| OMB10 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information about proposed funding concerning the independent review process. |
| OMB11-OMB12 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information concerning proposed volumes of notices to be processed. |
| OMB13-OMB15 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information about proposed risk allocation |
| OMB16-OMB17 | 11/12/2010 | draft of proposed MOU | b(4) | confidential information about preliminary opinions about music consumption and proposed risk allocation |
| OMB18 | 10/14/2010 | Email exchange between IPEC employees and RIAA | b(6) | Direct telephone numbers |
| OMB19-OMB20 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about proposed funding concerning the educational center and independent review process. |
| OMB21-OMB22 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about proposed allocations of risk related to the project. |
| OMB23 | 7/2/2010 | draft of proposed MOU | b(4) | provide confidential information concerning preliminary opinions about proposed |

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| | | | | |
|---|---|---|---|---|
| | | | | mitigation measures. |
| OMB24 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about proposed mitigation measures. |
| OMB25 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about preliminary opinions about data disclosure and funding for the independent review process. |
| OMB26-OMB27 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information concerning proposed volumes of notices to be processed. |
| OMB28-OMB29 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about proposed risk allocation |
| OMB30-OMB31 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information about preliminary opinions about music consumption and about proposed risk allocation. |
| OMB32 | 7/2/2010 | draft of proposed MOU | b(4) | confidential information concerning preliminary view on certain fees. |
| OMB33 | 7/16/2010 | Email exchange between IPEC, OSTP, and USTR employees | b(5) | Pre-decisional and deliberative question via email concerning the status of France's response to piracy issues in order to properly characterize its approach. |
| OMB33 | 7/26/2010 | Email exchange between IPEC employees | Non-responsive | Discussion of unrelated policy matter. |
| OMB34 | 4/27/2010 | Email exchange between IPEC, OVP, and USTR employees | b(5) | Pre-decisional and deliberative interagency discussions via email concerning agency deliberations on the appropriate general principles to inform an Administration response to voluntary agreements between ISPs and content |

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| | | | | |
|---|---|---|---|---|
| | | | | holders. |
| OMB35 | 6/3/2010 | Email exchange between IPEC, OSTP, and NEC employees | b(5); b(6) | Pre-decisional and deliberative interagency discussions via email concerning agency deliberations as to the wording and content of a draft version of IPEC's Joint Strategic Plan; email address. |
| OMB35 | 6/3/2010 | Email exchange between IPEC, OSTP, and NEC employees | Non-responsive | Discussion of unrelated policy matter. |
| OMB36 | 6/22/2010 | Email exchange between IPEC, OVP, and RIAA employees | b(6) | email address and direct telephone number |
| OMB37 | 6/22/2011 | Email exchange between IPEC and other OMB employees. | Non-responsive | Discussion of a draft memo discussing agency deliberations with respect to a potential agreement between ISPs and content holders |
| OMB37-OMB38 | 6/22/2011 | Email exchange between IPEC and OSTP employees. | b(5);b(6) | Pre-decisional and deliberative interagency discussions via email concerning edits to the content of a draft memo discussing agency deliberations with respect to a potential agreement between ISPs and content holders; email addresses and direct telephone numbers. |
| OMB39-OMB41 | 6/22/2011 | Draft Memo from IPEC to WHO | b(5) | A draft memorandum discussing agency deliberations regarding a potential agreement between ISPs and content holders. |

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| | | | | |
|---|---|---|---|---|
| OMB42 | 6/22/2011 | Email exchange between IPEC and OSTP employees | b(5) | Pre-decisional and deliberative interagency discussions via email concerning edits to the content of a draft memo discussing agency deliberations with respect to a potential agreement between ISPs and content holders. |
| OMB43-OMB45 | 6/21/2011 | Email exchange between IPEC and OSTP employees and attached draft memo | b(5) | Pre-decisional and deliberative interagency discussions via email concerning edits to the content of a draft memo discussing agency deliberations with respect to a potential agreement between ISPs and content holders; a draft memo discussing agency deliberations regarding a potential agreement between ISPs and content. |
| OMB46 | 8/12/2011 | Email exchange between IPEC and OVP | Non-responsive | Discussion of unrelated policy matter. |
| OMB46-OMB48 | 08/12/2011 | Email exchange, with an attached document, between IPEC, DOJ, USPTO, OSTP, USTR, and other federal agencies | b(5) | Pre-decisional and deliberative interagency discussions via email concerning agency deliberations on the appropriate general principles to inform an Administration response to voluntary agreements between ISPs and content holders; an attached document discussing the draft principles that would inform an Administration response to voluntary agreements between ISPs and content holders. |
| OMB49 | 8/11/2010 | Email exchange between IPEC, MPAA, and NBC employees | b(6) | Email addresses |

*Vaughn* Index
Christopher Soghoian v. OMB, No. 1:11cv2203 (ABJ)

| OMB50 | 8/12/2011 | Email exchange between IPEC and AT&T employees | b(6) | Email addresses |
|---|---|---|---|---|
| OMB51-OMB58 | 6/4/2010 | Email exchange between IPEC, OSTP, and NEC employees. | b(5);b(6) | Pre-decisional and deliberative interagency discussions via email concerning agency deliberations as to the wording and content of a draft version of IPEC's Joint Strategic Plan; email addresses and direct telephone numbers. |
| OMB59 | 1/6/2010 | Email exchange between NBC and IPEC employees. | b(6) | Email addresses |
| OMB60 | 12/23/2009 | Email exchange between IPEC, Viacom, and Sony employees. | b(6) | Email addresses and personal information. |
| OMB60 | 12/23/2009 | Email exchange between IPEC, Viacom, and Sony employees. | Non-responsive | Discussion of unrelated policy matter. |